UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brandon Elliott Griffin            Docket No. 4:14-CR-37-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Elliott Griffin, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Aiding in Abetting, in violation of 18 U.S.C. §§ 922(j), 924(a)(2), and 2, and Possession of a Firearm With an Obliterated, Removed, or Altered Serial Number and Aiding and Abetting, in violation of 18 U.S.C. § 922(k), 924(a)(1), and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 27, 2014, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Griffin was released from custody on December 4, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has an extensive substance abuse history, and he has expressed a willingness to attend treatment as instructed. The probation office is recommending to modify the defendant's conditions to include drug aftercare. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: December 12, 2017 |

Brandon Elliott Griffin
Docket No. 4:14-CR-37-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_13\_\_\_ day of \_\_\_December\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge